# MEMORANDA

OF THE

CAUSES DECIDED DURING THE PERIOD EMBRACED IN THIS
VOLUME, WHICH ARE NOT REPORTED IN FULL.

---

AMBROSE S. MURRAY, Respondent, *v.* ROBERT H. BERDELL, et
al., Appellants.

This case presented the same questions and was argued and
decided with *Wallace* v. *Berdell.* (*Ante, p.* 13.)